# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Douglas Gunnink and Janet Gunnink,

                Plaintiffs,

                                        Civ. No. 08-781 (RHK/AJB)
                                        **ORDER**

v.

United States Government, a/k/a United States
of America, a Federal Corporation; Internal
Revenue Service and Department of the
Treasury, a/k/a United States Treasury,

                Defendants.

---

      This Court will hold oral argument on the Government's Motion to Dismiss on July 29, 2008, at the federal courthouse in St. Paul, Minnesota, at 8:00 a.m. in Courtroom #1.  **IT IS ORDERED** that each side will have **twenty minutes** to argue their respective positions.

Dated:  July 24, 2008                                        s/Richard H. Kyle
                                                                  Richard H. Kyle
                                                                 United States District Judge